IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hicks, Bonnie D

Printed: 9/23/08

Case Number: 05 B 09334
Judge: Goldgar, A. Benjamin
Filed: 3/16/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: September 4, 2008
Confirmed: June 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,967.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 4,120.16 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,394.00 |
| Trustee Fee: |  | 391.84 |
| Other Funds: |  | 61.00 |
| Totals: | 6,967.00 | 6,967.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,394.00 | 2,394.00 |
| 2. | City Of Chicago Dept Of Revenue | Unsecured | 469.00 | 1,058.97 |
| 3. | Peoples Energy Corp | Unsecured | 370.77 | 837.20 |
| 4. | North Shore Credit | Unsecured | 789.80 | 1,783.31 |
| 5. | Seventh Avenue | Unsecured | 69.20 | 156.28 |
| 6. | Capital One | Unsecured | 125.96 | 284.40 |
| 7. | SBC | Unsecured | 150.61 | 0.00 |
| 8. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 9. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 10. | City Of Chicago | Unsecured | | No Claim Filed |
| 11. | Charter One Bank | Unsecured | | No Claim Filed |
| 12. | Direct Tv | Unsecured | | No Claim Filed |
| 13. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 14. | Cross Country Bank | Unsecured | | No Claim Filed |
| 15. | Comcast | Unsecured | | No Claim Filed |
| 16. | Credit Solutions Corporation | Unsecured | | No Claim Filed |
| 17. | First National Bank Of Marin | Unsecured | | No Claim Filed |
| 18. | James Moore | Unsecured | | No Claim Filed |
| 19. | New Millenium Communication | Unsecured | | No Claim Filed |
| 20. | Equifax ARS | Unsecured | | No Claim Filed |
| 21. | Sprint | Unsecured | | No Claim Filed |
| 22. | Providian Financial | Unsecured | | No Claim Filed |
| 23. | ReMax | Unsecured | | No Claim Filed |
| 24. | TCF Bank | Unsecured | | No Claim Filed |
| 25. | TCF Bank | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hicks, Bonnie D | Case Number:  05 B 09334 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  9/23/08 | Filed:  3/16/05 |

| | | | |
|---|---|---|---|
| 26.  Aaron Rents | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 4,369.34 | $ 6,514.16 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 9.34 |
| 5.5% | 34.57 |
| 5% | 10.42 |
| 4.8% | 19.97 |
| 5.4% | 145.76 |
| 6.5% | 171.78 |
| | _____ |
| | $ 391.84 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____